**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLINTON GREEN, SR.,

        Plaintiff,

vs.   Case No. 3:07-cv-1161-J-32MCR

HON. WILLIS B. HUNT, JR., Senior United
States District Judge, Northern District of
Georgia; HON. FEDERICO A. MORENO,
Chief United States District Judge,
Southern District of Florida,

        Defendants.

---

**ORDER**[1]

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).  Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 4) recommending that this case be dismissed without prejudice for failure to state a claim upon which relief could be granted.  Plaintiff did not file any objections and the time in which to do so has now passed.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically.  However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 4), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 4) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice** for failure to state a claim upon which relief could be granted. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of January, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff